```
PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469
```

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKA RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE MATHWORKS, INC., a Delaware company, d/b/a MATHWORKS.COM,<br><br>Defendants. | Case No. 3:25-cv-00564-JES-SBC<br>Assigned to Honorable James E. Simmons, Jr.<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: December 20, 2024<br>Removed: March 10, 2025 |

**TO THE COURT, CLERK AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the parties have reached a settlement of the above-captioned matter and are in the process of executing the actions required by the agreement. It is anticipated that request for dismissal in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure will be filed within forty-five (45) days of the date of this Notice.

Dated: June 2, 2025                    PACIFIC TRIAL ATTORNEYS

                                       By: */s/ Scott J. Ferrell*
                                           Scott J. Ferrell
                                           Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2025, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.