UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKA RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE MATHWORKS, INC.,<br><br>Defendant. | Case No.:   3:25-cv-00564-JES-SBC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

The parties' Joint Motion to Dismiss Entire Action Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), ECF No. 14, is **GRANTED**. This action is **DISMISSED** with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED**.

Dated:  June 25, 2025

_____
Honorable James E. Simmons Jr.
United States District Judge